In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-171 CV


____________________



GTE MOBILNET OF SOUTH TEXAS LIMITED PARTNERSHIP 


d/b/a VERIZON WIRELESS, Appellant



V.



CELLULAR MAX, INCORPORATED, Appellee






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-164818






MEMORANDUM OPINION (1)


 The appellant, GTE Mobilnet of South Texas, L.P. d/b/a Verizon Wireless, and the
appellee, Cellular Max, Inc., filed a joint motion to dismiss this accelerated appeal. The
parties allege they have settled all disputes and agreed to dismiss this appeal. The Court
finds that the motion is voluntarily made by the parties through their attorneys of record
prior to any decision of this Court. We grant the motion and dismiss the appeal. Tex. R.
App. P. 42.1(a)(1), (2). Costs are taxed equally between the appellant and the appellee.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered March 17, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.